UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| H.E. SARGENT, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NEW ENGLAND FERTILIZER CO. )<br>)<br>and )<br>)<br>UNITED STATES FIDELITY AND )<br>GUARANTY COMPANY, )<br>)<br>Defendants. )<br>) | CIVIL ACTION NO. |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**
**FED. R. CIV. P. 7.1 AND LOCAL RULE 7.3**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3 of the United States District Court for the District of Massachusetts, Plaintiff H.E. Sargent, Inc. hereby submits its corporate disclosure statement:

1.  H.E. Sargent, Inc. is a non-governmental corporate entity whose parent corporation is Fru-Con Construction Corporation; and

2.  Fru-Con Construction Corporation owns ten percent (10%) or more of the stock of H.E. Sargent, Inc.

H.E. SARGENT, INC.

By its Attorneys,

October 15, 2004

/s/ John P. Giffune
A. Robert Ruesch, BBO #
John P. Giffune, BBO #

VERRILL & DANA, LLP
One Portland Square
P.O. Box 586
Portland, ME 04112-586
(207) 774-4000