UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

H.E. SARGENT, INC.,
    Plaintiff,

V                                 CA 04-12179-JLT

NEW ENGLAND FERTILIZER CO
and

UNITED STATES FIDELITY and
GUARANTY COMPANY,
    Defendants.

ORDER

JANUARY 12, 2005

TAURO, J.,

    I hereby recuse myself from this case in order to avoid a potential conflict of interest.

    See 28 U.S.C. Sec. 455(b)(4).

                                             _____
                                             United States District Judge