UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| H.E. SARGENT, INC. | ) |
| Plaintiff, | ) |
| v. | ) |
| NEW ENGLAND FERTILIZER CO. | ) CIVIL ACTION NO. 1:04-cv-12179 |
| and | ) |
| UNITED STATES FIDELITY AND GUARANTY COMPANY, | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), Plaintiff, H.E. Sargent, Inc. hereby stipulates to the dismissal of this action with prejudice.

                                        H.E. SARGENT, INC.

                                        By its Attorneys,

January 19, 2005                /s/ John P. Giffune
                                        A. Robert Ruesch, BBO # 557741
                                        John P. Giffune, BBO # 636599

VERRILL DANA, LLP
One Portland Square
P.O. Box 586
Portland, ME 04112-586
(207) 774-4000